United States District Court
Southern District of Texas

**ENTERED**

May 25, 2021

Nathan Ochsner, Clerk.

PROB 12B
(06/15)

# UNITED STATES DISTRICT COURT

## for the

## SOUTHERN DISTRICT OF TEXAS

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:   Ronald Dewayne Hadley          Case Number:          4:14CR00578-001

Name of Sentencing Judge:       The Honorable Melinda Harmon

Name of Presiding Judge:        The Honorable Andrew S. Hanen

Date of Original Sentence:      June 3, 2016

Original Offense:       Count 2S and 13S: Aiding and abetting the filing of false claims for income tax returns, in violation of 18 U.S.C. § 287

Original Sentence:      48 months custody of the U.S. Bureau of Prisons as to each of Counts 2S and 13S, to run concurrently; followed by a 3-year term of supervised release, to run concurrently; special assessment $200; and restitution $317,790. Special conditions: periodic urine surveillance tests.

Type of               Supervised Release        Supervision Started:   January 18, 2019
Supervision:

---

## EARLIER COURT ACTION

05/14/2020: Notice of Reassignment was proceeded to Judge Andrew S. Hanen.

---

## PETITIONING THE COURT

☐     To extend the term of supervision for ___ years, for a total of ___ years.

☒     To modify the conditions of supervision as follows:

**RESTITUTION:** The defendant shall make restitution payments in monthly installments of at least $150, beginning May 15, 2021.

RE:     **Ronald Dewayne Hadley**                                                          2
        Dkt. No.  4:14CR00578-001

## CAUSE

The probation officer believes that the offender has violated the following conditions of supervision:

**1            Failure to Pay Restitution as Directed**

On June 3, 2016, Ronald Hadley was ordered to pay restitution in the amount of $317,790 in equal monthly installments of $250 commencing February 2019.  He has failed to pay the restitution amount as ordered by the Court. The payment history from the U.S. District Clerk's Office reflects Mr. Hadley has paid a total of $2,300.  As of this writing, Ronald Hadley should have paid a total of approximately $6,500.

Mr. Hadley has been employed since the start of supervision and started a trucking business that was doing well until COVID-19. Consequently, due to the lack of work, Mr. Hadley had to file for unemployment benefits. He has been actively seeking employment and is positive he will eventually return to his trucking business.

A financial investigation revealed Mr. Hadley's income to be approximately $3,715, which is a combined income between his unemployment benefits and his wife's earnings.  The outgoing expenses consist of: mortgage $1,985; groceries $300; electricity $150; gas $100; water $85; phone $23; cable $190; car $895; auto insurance $159; clothing $80; loans $705; commuting expenses $130; credit card payments $181; day care $300; IRS $40; for a total of $5,323.

Mr. Hadley acknowledged his outgoing expenses exceed his household income and conveyed he pays what he can toward monthly debts, instead of full payments he pays half and the rest later. Therefore, Mr. Hadley is requesting a reduction towards his monthly payments and ensures the probation officer he can pay $150 toward his restitution each month.

It is respectfully recommended the Court take no adverse action at this time and allow Mr. Hadley the opportunity to make payments according to his finances and be compliant with the Court.  It is recommended the modification be granted.  The probation office will continue to re-evaluate his financial situation and alert the Court when (and if) his financial condition changes.  The Court reserves the right to address these violations at a later date.

Mr. Hadley agrees with this assessment and the modification is to his benefit; therefore, the Probation Form 49, waiving his right to a hearing, is not warranted.  Mr. Hadley's supervised release is scheduled to expire on January 17, 2022.

Approved:                                              Respectfully submitted,

By:

Kim B. Lucas, Supervising                              Donielle Dominguez
United States Probation Officer                        United States Probation Officer
                                                       May 4, 2021

Name of Offender:  Ronald Dewayne Hadley
Case Number:  4:14CR00578-001
Page Number:  3

THE COURT ORDERS:

[  ]     No Action

[  ]     Extended Supervision as Noted

[ ✗ ]    Modify Conditions as Noted

[  ]     Other:


_____
Andrew S. Hanen
U. S. District Judge


5 | 25 | 21
_____
Date